IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY, HERBERT WETANSON, GREGOR WETANSON, JOSEPH SHPIGEL, and the W BBQ HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Case No. 1:24-cv-09809-DLC<br><br>*The DOL shall identify any material to be redacted by 9/5/25.*<br><br>*/s/ Denise Cote*<br>*8/29/25* |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Argent Trust Company, Herbert Wetanson, Gregor Wetanson, and Stuart Wetanson ("Defendants"), through their undersigned counsel, and pursuant to Section 8.B of the Court's Individual Practices, respectfully move for an order granting leave to file the following materials under seal in connection with their Motion for Reconsideration of Their Request to Compel Rule 30(b)(6) Testimony:

1. An unredacted Memorandum of Law in Support of Defendants' Motion for Reconsideration of Their Request to Compel Rule 30(b)(6) Testimony, which references and quotes deposition testimony of Mr. Jeffery Singer that is currently designated as "Confidential," as Plaintiffs are still within the allotted time to designate specific portions to remain confidential.

2. Exhibit A, which is a document containing excerpts from the rough transcript of Mr. Singer's deposition.

In accordance with Your Honor's Individual Practice Rules, the exhibits proposed to be filed under seal, as well as a highlighted copy of the Memorandum of Law are being filed under seal contemporaneously to this motion.

WHEREFORE, subject to Plaintiffs making the necessary showing required by the Protective Order, Defendants respectfully request that this Court enter an order allowing them to file the aforementioned materials under seal in connection with their Motion for Reconsideration of Their Request to Compel Rule 30(b)(6) Testimony.

Dated: August 28, 2025

/s/ Andrew D. Salek-Raham
Lars C. Golumbic*
Mark C. Nielsen
Sarah M. Adams*
Andrew D. Salek-Raham*
Paul J. Rinefierd*
Ben J. Koenigsfeld*
Theodore A. Van Beek*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW
Washington, D.C., 20006
(T) 202-857-0620
(F) 202-659-4503
lgolumbic@groom.com
mnielsen@groom.com
sadams@groom.com
asalek-raham@groom.com
prinefierd@groom.com
bkoenigsfeld@groom.com
tvanbeek@groom.com

*appearing pro hac vice