**U.S. Department of Labor**

Office of the Solicitor
201 Varick Street, Room 983
New York, N.Y. 10014

Direct Extension: (646) 264-3681
Email: karonis.andrew@dol.gov



September 5, 2025

**By Electronic Filing Only**
Hon. Denise Cote, U.S. District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

      Re: *Chavez-DeRemer v. Argent Trust Co.*, No. 1:24-cv-9809-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Your Honor's order of August 29, 2025 (ECF No. 64), the Secretary hereby identifies the following materials that should be redacted or filed under seal in connection with Defendant's Motion for Reconsideration:

1. ECF Document 60 (Defendant's Redacted Memorandum of Law)—the Secretary concurs with the redactions proposed by defendants on pp. 3 through 11;[1]
2. ECF Document 62 (Defendant's Unredacted Memorandum of Law)—the Secretary maintains that all information highlighted by defendants on pp. 3 through 11 should be redacted or filed under seal;
3. ECF Document 62-1 (Deposition Excerpts from Jeffrey Singer Transcript) pp. 14 through 58 should be redacted or filed under seal.

A separate request to mark the designated portions of Mr. Singer's deposition transcript has been made to the court reporter that transcribed the deposition.

Approved.
/Denise Cote/
9/9/25

Respectfully submitted,

/s/ Andrew Karonis
Andrew Karonis
201 Varick St., Rm 983
New York, N.Y., 10014
(646) 264-3681
karonis.andrew@dol.gov
*Counsel for Plaintiff*

cc:    Counsel of Record

---

[1] The pages cited refer to the ECF page numbers generated by PACER in the header rather than the page numbers of the original documents