UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
LORI CHAVEZ-DEREMER, Secretary, United    :        24cv9809 (DLC)
States Department of Labor,               :
                                          :            ORDER
                            Plaintiff,    :
                                          :
            -v-                           :
                                          :
ARGENT TRUST COMPANY et al.,              :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
DENISE COTE, District Judge:

      Having learned from Magistrate Judge Stewart D. Aron that

the parties have reached an agreement in this case, it is hereby

      ORDERED that they shall file their proposed judgment by

Friday, February 13, 2026.

Dated:     New York, New York
           January 29, 2026

                                        _____
                                                 DENISE COTE
                                        United States District Judge