# GROOM LAW GROUP

Hon. Denise Cote, U.S. District Judge                                     January 30, 2026
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:      *Chavez-DeRemer v. Argent Trust Co.*, No.
1:24-cv-9809-DLC (S.D.N.Y.)

Dear Judge Cote:

      The parties jointly write to respectfully request a stay of all pending deadlines in this action given that the parties have reached an agreement in principle to settle the action.  On January 29, 2026, the Court ordered the parties to file their proposed judgment by Friday, February 13, 2026. *See* Dkt. 103.  Accordingly, the parties jointly seek a stay of all pending deadlines until the Court enters the proposed judgment to be submitted on February 13, 2026, or lifts the stay.

Respectfully,

| | |
|---|---|
| /s/ B. Carina De La Paz (*with permission*) | /s/ Lars C. Golumbic |
| Andrew Karonis | Groom Law Group, Chartered |
| Susannah R. Kroeber | Lars C. Golumbic* |
| B. Carina De La Paz | William J. Delany* |
| Michael Hartman | Mark C. Nielsen |
| 201 Varick St., Rm 983 | Sarah M. Adams* |
| New York, N.Y., 10014 | Andrew D. Salek-Raham* |
| Tel: (646) 264-3699 | Paul J. Rinefierd* |
| Fax: (646) 264-3660 | Benjamin J. Koenigsfeld* |
| Karonis.andrew@dol.gov | Theodore A. Van Beek* |
| Kroeber.susannah.r@dol.gov | 1701 Pennsylvania Avenue, NW, Suite 1200 |
| Hartman.michael@dol.gov | Washington, D.C. 20006 |
| Delapaz.barbara.c@dol.gov | Tel: 202-857-0620 |
| | Fax: 202-659-4503 |
| *Counsel for Plaintiff* | lgolumbic@groom.com |
| | wdelany@groom.com |
| | mnielsen@groom.com |
| | sadams@groom.com |
| | asalek-raham@groom.com |
| | prinefierd@groom.com |
| | bkoenigsfeld@groom.com |
| | tvanbeek@groom.com |

Granted.

*Denise Cote*
1/30/26

*appearing pro hac vice

2

*Counsel for Defendants Argent Trust Company, Herbert Wetanson, and Gregor Wetanson*

cc:    Counsel of Record (via Electronic Case Filing)

2